## * * SECTION 362 COVER SHEET * *

**TIMOTHY UTE PERKINS AND KATHLEEN DAVENPORT PERKINS**        *BK-S-10-33436-BAM*

DEBTOR                          BANKRUPTCY #            MOTION #

**HSBC BANK NEVADA, N.A.**        CHAPTER:  *13*
MOVANT

PROPERTY INVOLVED IN THIS MOTION:   *2006 POLARIS SPORTSMAN VIN# 4XAMN50A86A905654,*
*2006 POLARIS SPORTSMAN VIN# 4XAMN50A46A900502*

NOTICE SERVED ON:  Debtor(s)____x____; Debtor's counsel____x____; Trustee____x____;

DATE OF SERVICE:  July 18, 2011_____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:    **HSBC BANK NEVADA, N.A.** | The EXTENT and PRIORITY of LIENS: |
| 1st _____ **$4,873.61** | 1st _____ |
| 2nd | |
| | 4th _____ |
| Other: _____ | Other: _____ |
| Total Encumbrances:  **$4,873.61** | Total Encumbrances: _____ |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S): | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT: |
|---|---|
| Amount of Note:  *Purchase Money* | . |
| Interest Rate:  *Security Agreement w/ Revolving* | . |
| Duration:  *Line of credit* | . |
| Payment per Month: | . |
| Date of Default: | . |
| Amount in Arrears:  *$4,873.61* | . |
| Date of Notice of Default: | . |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| *The undersigned counsel hereby certifies that an attempt has been made to confer with the debtor and/or debtor's counsel regarding the allegations raised in the subject Motion no later than two business days prior to the filing of the subject Motion, and despite a sincere effort to resolve the instant matter, the undersigned has been unable to resolve the matter without Court action.* | |
| **PROPERTY SURRENDERED** | |
|     *Gina M. Corena, Esq.* | |
| SUBMITTED BY:  *Attorney for Movant* | SUBMITTED BY: |
| SIGNATURE: | SIGNATURE: _____ |

## "SECTION 362 COVER SHEET"

1    Gina M. Corena, Esq.                 E-filed on <u>July 18, 2011</u>
     Nevada Bar No. 10330

2    MILES, BAUER, BERGSTROM & WINTERS, LLP
     2200 Paseo Verde Pkwy., Suite 250

3    Henderson, NV 89052
     (702) 369-5960 / FAX (702) 369-4955

4    E-mail: gcorena@mileslegal.com
     File No. 11-90501

5

6    Attorneys for Secured Creditor,
     HSBC BANK NEVADA, N.A.

7

                 **UNITED STATES BANKRUPTCY COURT**

8

                     **DISTRICT OF NEVADA**

9

| | |
|---|---|
| In re: | Case No.: BK-S-10-33436-BAM |
| | Chapter 13 |
| TIMOTHY UTE PERKINS AND | |
| KATHLEEN DAVENPORT PERKINS, | |
| | |
| Debtors. | |
| | |
| HSBC BANK NEVADA, N.A., | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: TWO CLAIMS** |
| Secured Creditor, | |
| | Date: August 23, 2011 |
| vs | Time: 1:30 p.m. |
| | Estimated Time: 10 min. |
| TIMOTHY UTE PERKINS AND | |
| KATHLEEN DAVENPORT PERKINS, | |
| Debtors, RICK A. YARNALL, Trustee, | |
| | |
| Respondent(s) | |

       Secured Creditor, HSBC BANK NEVADA, N.A., by and through its attorney, Gina M.

Corena, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, hereby moves this

Court, pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, for an Order

terminating the Automatic Stay Re: Two Claims as to both the Debtors and the Trustee if a

Discharge of Debtors is not entered as of the date of the hearing on the instant Motion or as to

only the Trustee in the event a Discharge of Debtors has been entered subsequent to the filing of

the instant Motion, so that Secured Creditor may maintain possession of the subject Vehicles.  In support of its Motion, Secured Creditor represents as follows:

Debtor filed a Petition for Relief pursuant to Chapter 13 of the Bankruptcy Code on December 17, 2010.

## FIRST CLAIM FOR RELIEF

Secured Creditor holds a purchase money security interest in a 2006 Polaris Sportsman All Terrain Vehicle, VIN# 4XAMN50A86A905654, ("Vehicle One"), purchased on a revolving line of credit.  A true and correct copy of the Sales Receipt and Purchase Money Security Agreement reflecting financing on Revolving Account ending in ***0947 is attached hereto as **Exhibit "A"**.

Debtors are not making their payments pursuant to the Agreement and have surrendered Vehicle One to Secured Creditor.

Secured Creditor is currently in possession of Vehicle One.

By virtue of the automatic stay provision of Section 362 of the Bankruptcy Code, Secured Creditor has been prevented from conducting an auction sale.

## SECOND CLAIM FOR RELIEF

Secured Creditor holds a purchase money security interest in a 2006 Polaris Sportsman All Terrain Vehicle, VIN# 4XAMN50A46A900502, ("Vehicle Two"), purchased by the Debtors with the same revolving line of credit identified above.  A true and correct copy of the Sales Receipt and Purchase Money Security Agreement ("Agreement") reflecting financing on Revolving Account ending in ***0947 is attached hereto as **Exhibit "B."**

Debtors are not making their payments pursuant to the Agreement and have surrendered Vehicle Two to Secured Creditor.

///

1    Secured Creditor is currently in possession of Vehicle Two.

2    By virtue of the automatic stay provision of Section 362 of the Bankruptcy Code,

3    Secured Creditor has been prevented from conducting an auction sale.

4    The total balance due on the Revolving Line of Credit is $4,873.61.

5    Pursuant to Section 362(d) of the Bankruptcy Code, the Court, on request of any party in

6    interest, may grant relief from the automatic stay either for cause or where the property is not

7    necessary for an effective reorganization.  Such relief is appropriate in this case since the Debtors

8    have surrendered the subject Vehicles and the property is not necessary for an effective

9    reorganization.  Thus, relief from stay should be granted.

10    WHEREFORE, Secured Creditor prays that:

11    (1)    The automatic stay pursuant to Section 362 be terminated as to both Vehicles and as

12    to both the Debtor and the Trustee if a Discharge of Debtors is not entered as of the date of the

13    hearing on the instant Motion or as to only the Trustee in the event a Discharge of Debtors has

14    been entered subsequent to the filing of the instant Motion, so as to allow Secured Creditor to

15    exercise all its rights and remedies available under the Purchase Money Security Agreement and

16    other applicable law with a waiver of the 14-day waiting period of Bankruptcy Rule 4001(a)(3).

17    (2) Secured Creditor be granted such other and further relief to which it is entitled.

18    MILES, BAUER, BERGSTROM & WINTERS, LLP

19    Dated:    July 18, 2011    By:  _____

20    Gina M. Corena, Esq.
Attorney for Secured Creditor

21    11-90501/nvcarmrs.dot/fam

22

23

24

3

# Exhibit A

**ALL SEASON SPORTS**
**151 S MAIN ST**
**CEDAR CITY UT 84720**

Date: May 6, 2006

Account #: XXXXXXXXXXX0947

Invoice #: 164
Sale Transaction

Authorization Number: 03455
Sale Amount: $3500.00

I agree that this purchase is subject to the terms of my Cardholder
Agreement. I understand that I am thereby granting the creditor a
purchase money security interest in the goods described until paid
in full, unless otherwise prohibited by law.

Cardholder: PERKINS, TIMOTH

Signature  *Timothy Perkins*

Financing Plans:  Amounts include sales tax allocations

$3500.00 was financed at: reduced periodic rate
VIN: 4XAMN50A86A905654
Model: A06MN50AW

Initials
Total Financed: $3500.00

**Thank You**
**Have a nice day**
Merchant Copy

JUN 1 6 2006

0947

Please complete using black or blue ink only.

00420   Make checks payable to Retail Services.  Include
your account number on your check or money order.

TIMOTHY U PERKINS
PO BOX
ALAMO NV 89001·

RETAIL SERVICES
PO BOX 60107
CITY OF INDUSTRY CA 91716-0107

## IMPORTANT INFORMATION:
### ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account

**What this means for you:**

When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc.
### Privacy Statement

**Our Commitment to You-**

HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc. ("HSBC"), are proud to be part of a financial services organization that has been providing superior products and services to its customers for more than a century. We greatly appreciate the trust that you and millions of other customers have placed in us, and we protect that trust by respecting your privacy even if our relationship with you ends

This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices so you can make an informed decision about whom you allow us to share your information with in order to offer you additional products and services. Although most customers enjoy receiving offers and information about additional products and services, if you prefer that we don't share your information for marketing purposes we will respect your choice

**Types of Information We Collect**

It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (such as your name and address) and credit information (such as information related to your accounts with us and others) This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet website, we may collect certain information about your Internet usage. Gathering this information helps us to identify our customers and manage our customer relationships. It also assists us in the development of products and services to meet the continuing needs of our customers.

**We Respect Your Privacy**

Since some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access. Because HSBC respects your privacy and values your trust, only employees or companies who can access your non-public personal information are those who use it to service your account or provide services to you or to us. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your non-public personal information and to assist us in preventing unauthorized access to that information

**How We Share Information with Our Affiliates***

From time to time, for general business purposes such as fraud control, or when we think it may benefit you, we share certain information with other companies within our corporate family (i.e., Affiliates) These companies all provide financial services such as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples include companies doing business under the names HFC®, Beneficial, or HSBC. We may also share certain information with non-financial service providers that become our Affiliates in the future (such as travel, auto and shopping clubs). The information we share might come from your application, such as your name, address, telephone number, social security number, and e-mail address. Also, the information we share could include your transactions with us or our Affiliates (such as your account balance, payment history, and parties to the transaction), your Internet usage, or credit card usage Except for Vermont residents, the information we share with our Affiliates may also include your assets, income or credit reports which we collect from the sources described above. With this information, our Affiliates can determine if the products they specialize in, such as mortgages, automobile loans and insurance, may be of benefit to you

**How We Share Information with Your Merchant/Dealer**

We may share non-public personal information with the merchant or dealer in whose name your credit card is issued which the merchant or dealer may use to market you for products and services unrelated to your account with us. The information we provide them may come from your application and might include your name, address, and telephone number. You may tell us not to share such information with the merchant or dealer for purposes unrelated to your account with us by calling the phone number listed below For Vermont residents, Vermont

law requires us to obtain your permission to share information about you in this way; and we have chosen not to share your information in this way

**How We Share Information Outside the HSBC Family (Other than You Merchant/Dealer)**

Except for California and Vermont residents, we also may share information with companies outside our corporate family (i.e., non-Affiliates) that are able to extend special offers we feel might be of value to you. These companies may be financial services providers (such as mortgage bankers or insurance product providers) or they may be non-financial companies (such as retailers or marketing companies). These offers are typically for products and services that you might not otherwise hear about The information we may provide them comes from the sources described above and might include your name, address and phone number For California and Vermont residents, applicable law requires us to obtain your permission in order to share your information in this way, and we have chosen not to share your information in this way:

We may also provide information to non-Affiliates that perform operational service related to your account or marketing services for us. Sharing information with these types of companies is permitted by law. Such a company might include a financial company (such as a mortgage banker or insurance service provider) with whom we have a joint marketing agreement or a non-financial company (such as a data processor or Internet service provider) with whom we have a service agreement The information we may share also comes from the sources described above and might include your name, address, phone number and account experience with us Finally, we provide information about you to non-Affiliates such as credit reporting agencies and companies which provide services related to your account. This information sharing is also permitted by law

**Privacy and Security on the Internet**

Our website offers you the opportunity to view your current account information and make payments online. In addition to providing general information about our company and products. You may view our Privacy Statement when you visit our website by clicking on the "Privacy Statement" link

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law

**How to Request That Your Information Not Be Shared**

**Information Sharing With Our Affiliates***

If you do not want us to share your credit information (such as your credit bureau information) with our Affiliates, please let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Your request will no apply to information about your transactions or experience with us (such as account information, account usage, or payment history) and will only apply to the private label accounts you have with HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc Private label accounts are not general purpose accounts such as MasterCard® or Visa®, but are accounts that may be used only at the specific merchant or merchants named on the credit card or account. An opt-out request by any party on a joint account will apply to all parties on the joint account Vermont residents are automatically opted out from credit information sharing with our affiliates

**Information Sharing with Merchant/Dealer**

If you do not want us to share your non-public personal information with the merchant/dealer (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future Your request will only apply to the private label accounts you have with HSBC Bank Nevada, N.A and HSBC Retail Credit (USA) Inc. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. Vermont residents are automatically opted out from information sharing with the merchant/dealer that is not otherwise permitted or required by law

**Information Sharing with Non-Affiliates (Other than Your Merchant/Dealer)**

If you do not want us to share your non-public personal information with non-Affiliates (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request Please understand that your request may exclude you from receiving valuable offers in the future. Your request will only apply to the private label accounts you have with HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. California and Vermont residents are automatically opted out from information sharing with non-affiliates

How to Be Removed from Solicitation Lists of Companies Participating in the Direct Marketing Association (DMA) Preference Service

If you wish to be removed from mailing solicitation lists at a national level, please send your name and address (with zip code) to the Direct Marketing Association at the following address: Mail Preference Service (DMA), P. O. Box 9008, Farmingdale, NY 11735-9008

**"Affiliates"** are companies that are related to us by common ownership or corporate control. Our Affiliates include HFC®, Beneficial®, HSBC Automotive Finance Corporation, HSBC Insurance Services, and HSBC companies such as HSBC Bank USA, and HSBC Mortgage Corporation

| Annual Percentage Rate (APR) for Purchases | The Standard Rate is **17.9%**. |
|---|---|
| Other APRs | Default Rate: 21.9%.¹ |
| Grace Period for Repayment of Balance for Purchases | No finance charges are assessed on new purchases if the balance is paid in full each month within 25 days after the billing date. |
| Method of Computing the Balance for Purchases | Two Cycle Average Daily Balance (Including new purchases) |
| Annual Fees | NONE |
| Minimum Finance Charge | $1.00 |
| Transaction Fee for Purchases | NONE |

Late payment fee: $10 for a combined account balance of $100 or less; $29 for a combined account balance from $100.01 to $1,000; $35 for a combined account balance of $1,000.01 or more.

Overlimit fee: $0

¹ If you fail to make two consecutive Total Minimum Payments Due and are 30 days past due, you will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Default Rate

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under sec 766.588 Wis Stats , or a Statutory Terminable Individual Property Classification Agreement under 766 70) adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement of decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred.

**NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency If you are married, you may apply credit in your own name.

**NOTICE FOR FLORIDA RESIDENTS:** You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.

**NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit You may ask whether a consumer report was obtained by us and we will give you the name and address of the consumer reporting agency, if a report was obtained.

**NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished

the report New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods New York State Banking Department: 1-800-522-3330

**NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request The Ohio Civil Rights Commission administers compliance with this law.

**NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and. If so, the name and address of the agency that furnished you

**IMPORTANT TERMS OF YOUR CREDIT CARD ACCOUNT**

**1. GENERAL:** Each person signing and submitting, or electronically or telephonically submitting the application for a credit card account ("Account") as applicant or joint applicant applies for an Account with HSBC Bank Nevada, N A , a national banking association, and requests one or more credit card(s) bearing the name or tradename of Polaris® StarCard to be used in connection with the Account The word "Card" means any credit card(s) issued to you or an authorized user of your Account In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on the credit card application and the words "we", "us" and "our" refer to HSBC Bank Nevada, N.A. located at 1111 Town Center Drive, Las Vegas, Nevada 89144

If your application is approved, "applicant" will be referred to as "primary cardholder" and "joint applicant" will be referred to as "secondary cardholder" for purposes of this agreement If we accept your application to open an Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants which honor the Card

**2. FINANCE CHARGES:** (a) Finance Charges, which are part of the Interest on your Account, are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Finance Charge for the billing cycle is the sum of the Finance Charges for each Credit Plan, subject to the minimum Finance Charge under Section 3

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle ("Current Cycle") on:

(i) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle;

(ii) any balance on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle, and the combined New Balance of those Credit Plans at the beginning of the previous billing cycle ("Previous Cycle") is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Previous Cycle;

(iii) a purchase on a Waived Finance Charge Credit Plan for the specified promotional period;

(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotional due date

(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan in the Current Cycle, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and (if applicable) the previous billing cycle ("Previous Cycle"): (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for the Previous Cycle times the Daily Balances of any new purchases on the Credit Plan during the Previous Cycle on which Finance Charges were not imposed during the Previous Cycle

(d) If a Finance Charge is imposed on a Same As Cash Credit Plan, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase until the Current Cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle

6022-POLARIS-US-09 (6-05)

You may contact, obtain the arbitration rules of, or file a Claim with AAA or NAF, as follows:

American Arbitration Association
335 Madison Avenue
New York, NY 10017
www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
www.arb-forum.org

As used in this arbitration provision, the term "we", "us", and "our" shall mean HSBC Bank Nevada, N.A., its parents, subsidiaries, affiliates, predecessors, successors, assigns, and each of their officers, directors, and employees

**7. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other cardmembers

The information about the costs of the Card described in this application and Important Terms of Your Credit Card Account is accurate as of August, 2005. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.

## YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act

**Notify Us In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill  Write to us as soon as possible  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared  You can telephone us, but doing so will not preserve your rights

In your letter, give us the following information:

- • Your name and account number
- • The dollar amount of the suspected error
- • Describe the error and explain, if you can, why you believe there is an error.
- • If you need more information, describe the item you are not sure about

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then  Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit  You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question  If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount  If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount  In either case, we will send you a statement of the amount you owe and the date that it is due

If you fail to pay the amount that we think you owe, we may report you as delinquent  However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

## TAP® The Account Protector Summary

**IMPORTANT INFORMATION:** The TAP feature only applies to the primary cardholder (herein referred to as "You" and "Your")  Your purchase of TAP is optional, and whether or not You enroll will not affect Your application for credit or the terms of any existing agreement You have with HSBC Bank Nevada, N.A. (herein referred to as "We" or "Us"). TAP is sold by Us and the fees will be billed to Your credit card account  Upon acceptance of Your enrollment, You will receive Your Contract Provisions which will state the terms and conditions of TAP. TAP is a debt cancellation product and is not insurance. The Contract Provisions of TAP are an optional addendum to Your Cardholder Agreement  This document is only a summary of the TAP feature  Please read Your Contract Provisions carefully for

details of Your protection. There are eligibility requirements, conditions and exclusions that could result in no benefits. You can find a complete explanation of the eligibility requirements, conditions and exclusions throughout Your TAP Contract.

TAP is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada

**TOTAL DISABILITY:** Following 30 consecutive days of Total Disability, You are eligible for a cancellation of part of Your account's balance  Each month, TAP will cancel an amount equal to the greater of (a) the minimum monthly payment required on Your account (less any past due amounts) as determined on the first day of the billing cycle in which Your Total Disability began; or (b) 3% of Your account balance on the date Your Total Disability began, but not in excess of the maximum monthly benefit of $300  In no instance, however, will Your cancellation amount exceed $10,000. You must have been employed full-time (but not self-employed or working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date Total Disability began  If Total Disability occurs within 180 days of the date You either (1) elect TAP or (2) make a purchase or advance on Your account and Your Total Disability results from a preexisting medical condition as defined in the Contract Provisions, You may not receive a cancellation of debt for that Total Disability

**INVOLUNTARY UNEMPLOYMENT:** Following 30 consecutive days of Involuntary Unemployment, You are eligible for a cancellation of part of Your account's balance  Each month, TAP will cancel an amount equal to the greater of (a) the minimum monthly payment required on Your account (less any past due amounts) as determined on the first day of the billing cycle in which Your Involuntary Unemployment began; or (b) 3% of Your account balance on the date Your Involuntary Unemployment began, but not in excess of the maximum monthly benefit of $300. There is a maximum number of 6 continuous monthly cancellations You must have been employed full-time (but not self-employed or working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date of Involuntary Unemployment (this includes loss of employment due to unionized labor disputes, strikes, lock-outs and temporary lay-offs)

**LOSS OF LIFE:** If You die, TAP will cancel the balance on Your account on the date of death, up to $10,000  Suicide is not a qualifying event.

**TERMINATION:** You may terminate Your TAP feature at any time. If You choose to terminate Your TAP feature within 30 days of enrollment, We will reimburse Your TAP fee. We may terminate Your TAP feature, for any reason, by giving You written notice at least 30 days in advance of termination. We will automatically terminate Your TAP feature on the earliest of a) the first date Your account becomes 2 billing cycles past due; or b) the first date We become aware of a misrepresentation of information by You. However, effective with Your first billing cycle after December 6, 2005, if Your account becomes 3 billing cycles past due, Your participation in TAP will be suspended. Your participation will be reinstated effective when Your account again becomes less than 3 billing cycles past due. You will not be protected for any qualifying event that begins or occurs during the time that Your participation in TAP is suspended.

**COST:** The monthly charge rate for the TAP feature is $0.38 per $100 of Your average daily balance each month (including any deferred balance). We reserve the right to increase the rate in which case You will be notified in writing at least 30 days in advance of the increase.

**ADDITIONAL IMPORTANT INFORMATION:**

- • We reserve the right to modify these Contract Provisions, but if the modification is not favorable to You or if there is an additional charge, We will first provide You with notice of the proposed change and an opportunity to terminate this program without penalty before the change takes effect.
- • TAP is only offered as a package and its components are not available separately
- • You may be subject to federal, state and local taxes on the amount of Your cancelled balance  Please consult Your tax advisor for guidance on the tax implications, if any, of TAP.
- • During the cancellation period and the time it takes to process Your cancellation, Your account balance is not suspended or cancelled  You remain responsible for finance charges and minimum payment requirements on Your account until the balance is paid off or a cancellation takes place  Once Your cancellation is processed, Your account will not accept any authorizations for purchases, cash advances, or any other transactions. Your account will remain inactive until Your benefit period ends.
- • There is no limit on the overall number of TAP cancellations You may have  However, there is a limit on consecutive monthly cancellations for Involuntary Unemployment as described above. When you return to work following a qualifying event, You must have been working full time for at least 180 days and meet all contractual qualifications in order to qualify to receive a cancellation for a subsequent qualifying event, unless the subsequent qualifying event results from an entirely different cause, in which case the 180 day period does not apply

DC-14-16

Ed 07/01/05

REV080005

(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, adding any new purchases made on the Credit Plan that day and subtracting any payments or credits applied to the Credit Plan that day. For purposes of determining the Daily Balance of the Previous Cycle, the only purchases considered are new purchases on which Finance Charges were not imposed in the Previous Cycle. The previous day's Finance Charges and credit insurance premiums or debt cancellation fees (if applicable) are included in the Daily Balance of a Credit Plan, except that for any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period Late fees, overlimit fees, returned check fees and other fees on the Account are added to the Daily Balance of a Credit Plan when imposed If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction occurred prior to the beginning of the billing cycle, the amount of the transaction plus related Finance Charges outstanding on each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts

(f) The Daily Periodic Rate for the Standard Rate will be .04904% (corresponding 17.9% Annual Percentage Rate). The Daily Periodic Rate for the Default Rate will be .06000% (corresponding 21.9% Annual Percentage Rate) You qualify for the Standard Rate until you have failed to make two consecutive Total Minimum Payments Due and are 30 days past due

**3. MINIMUM FINANCE CHARGE:** A minimum Finance Charge of $1 00 will be assessed for each billing cycle in which a Finance Charge is payable

**4. FEES:** We may impose on your Account the following fees, which will be added to your Account when assessed:

   a) Late Payment Fee: Your Late Payment Fee will be based on your combined account balance (less any Delayed Monthly Payment credit plan balances) at the time of your payment due date If you fail to pay us the Total Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $10 for a combined account balance of $100 and below; $29 for a combined account balance of $100.01 to $1,000; and $35 for a combined account balance of $1,000.01 and over.

   b) Returned Check Fee: You agree to pay $25 each time any payment check on your Account is returned unpaid by your bank or other financial institution for any reason.

   c) Document and Research Fees: If you ask us to provide you with a replica of your sales slip, billing statement or other document (except in connection with a billing error claimed in accordance with "Your Billing Rights"), we may charge you the following fees: (i) Billing statement: $5 per statement (ii) Sales/credit slip: $5 per transaction; (iii) Payment instrument: $5 per payment; and, (iv) Research fee: $15 per hour. Payment Histories: You will be charged the applicable research fee in addition to the following itemization fees For requests involving statement activity within the last 12 months - $7.50; activity within the last 13-48 months - $11 25; and activity within the last 49-72 months - $22 50 We reserve the right to change the Document and Research Fee Schedule from time to time You may call Customer Service for a current fee schedule.

   d) Reissued Card Fee: You may be charged $5 each time you request that your credit card be reissued.

   e) Direct Check Fee: In the event that you pay your account with a direct check, you agree to pay up to a $15 fee for each direct check. We reserve the right to change the Direct Check Fee from time to time You may call Customer Service for a current fee schedule.

   f) Overlimit Fee: In the event you exceed your credit limit, you will be charged an Overlimit Fee of $0

   g) Collection Costs: If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law

**5. SECURITY:** Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card Each good purchased on your Account will secure the entire Account balance until such good is paid in full For purposes of determining which goods are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Finance Charges, and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time We may require you to make them available at a convenient place of our choice We waive any security interest in your home if the goods are installed and in any goods purchased with credit card checks. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the

6022-POLARIS-US-09 (8-05)

original purchase price is less than $700 if you live in Maryland If we repossess any goo purchased with your Card, we may charge you our repossession costs including, but not limit to, necessary repairs, storage fees and costs of sale, when and as permitted by law

**6. ARBITRATION:** Any claim, dispute, or controversy between you and us (whether based up contract; tort, intentional or otherwise; constitution; statute; common law; or equity and wheth pre-existing, present or future), including initial claims, counter-claims, cross-claims and th party claims, arising from or relating to this Agreement or the relationships which result from th Agreement, and except as provided below, the validity, enforceability, or scope of this arbitrati provision, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the electi of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rul or procedures of the arbitration administrator selected at the time the Claim is filed The pa initiating the arbitration proceeding shall have the right to select one of the following arbitrati administrators (the "Administrator"): the American Arbitration Association ("AAA") or the Natior Arbitration Forum ("NAF") The arbitrator shall be a lawyer with more than ten years experien or a retired or former judge We agree not to invoke our right to arbitrate an individual Claim y may bring in small claims court or an equivalent court, if any, so long as the Claim is pendi only in that court The rules and forms of the AAA and the NAF may be obtained by writing these organizations at the addresses listed below. Our address for service of process under th provision is HSBC Bank Nevada. N A., P.O Box 279, Mount Prospect, IL 60056

Any participatory arbitration hearing that you attend will take place in the city nearest to yo residence where a federal district court is located or at such other location as agreed by th parties On any Claim you file, you will pay the first $50 of the filing fee At our request we w pay the remainder of the filing fee and any administrative or hearing fees charged by th Administrator on any Claim submitted by you In arbitration up to a maximum of $1,500 If yo are required to pay any additional fees to the Administrator, we will consider a request by you pay all or part of the additional fees; however, we shall not be obligated to pay any addition fees unless the arbitrator grants you an award If the arbitrator grants an award in your favor, v will reimburse you for any additional fees paid or owed by you to the Administrator up to th amount of the fees that would have been charged if the original Claim had been for the amou of the actual award in your favor The parties shall bear the expense of their respective attorne fees, except as otherwise provided by law If a statute gives you the right to recover any of the fees, or the fees paid to the Administrator, these statutory rights shall apply in the arbitrati notwithstanding anything to the contrary contained herein If the arbitrator issues an award our favor you will not be required to reimburse us for any fees we have previously paid to th Administrator or for which we are responsible

This arbitration agreement is made pursuant to a transaction involving interstate commerce, ar shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA") Tr arbitrator shall apply applicable substantive law consistent with the FAA and, if requested i either party, provide written reasoned findings of fact and conclusions of law Judgment upc the award may be entered in any court having jurisdiction The arbitrator's award will be fin and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involvi more than $100,000 For such Claims, any party may appeal the award to a three arbitrat panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) ar aspect or all aspects of the initial award that is appealed The panel's decision will be final an binding, except for any appeal right under the FAA. Unless applicable law provides otherwis the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator an the arbitrators), regardless of its outcome However, we will consider in good faith a reasonable request for us to bear up to the full costs of the appeal.

This arbitration agreement shall survive termination of your Account as well as the repayment all amounts borrowed hereunder If any portion of this arbitration agreement is deemed invali or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this arbitration agreement or the Agreement In the event of a conflict inconsistency between the rules and procedures of the Administrator and this arbitrati agreement, this arbitration agreement shall govern Notwithstanding any language in thi arbitration provision to the contrary, no arbitration may be administered, without the consent all parties to the arbitration, by any organization that has in place a formal or informal policy tha is inconsistent with and purports to override the terms of this arbitration provision, including th Class Action Waiver Provision defined below

No class actions or private attorney general actions in court or in arbitration or joinder consolidation of claims in Court or in arbitration with other persons, are permitted withou the written consent of you and us The validity and effect of the preceding sentence (herei referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court an not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall hav the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, an any attempt to do so, whether by rule, policy arbitration decision or otherwise, shall be invali and unenforceable.

**THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIM THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT I EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AN VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFOR A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

# Exhibit B

WebFinance - Sales and Returns - Authorizations                    Page 1 of I

---

**ALL SEASON SPORTS**
**151 S MAIN ST**
**CEDAR CITY UT 84720**


Date: April 15, 2006

Account #: XXXXXXXXXXX0947

Invoice #: 124
Sale Transaction

Authorization Number: 31002
Sale Amount: $9000.00

I agree that this purchase is subject to the terms of my Cardholder
Agreement. I understand that I am thereby granting the creditor a
purchase money security interest in the goods described until paid
in full, unless otherwise prohibited by law.

Cardholder: PERKINS, TIMOTH

Signature *Timothy Perkins*

Financing Plans:  Amounts include sales tax allocations

$9000.00 was financed at: reduced periodic rate
VIN: 4XAMN50A46A900502
Model: A06MN50AU

Initials
Total Financed: $9000.00

**Thank You**
**Have a nice day**
**Merchant Copy**

---

0947

Please complete using black or blue ink only.

00420    Make checks payable to Retail Services.  Include
your account number on your check or money order.

TIMOTHY U PERKINS
PO BOX
ALAMO NV 89001-

RETAIL SERVICES
PO BOX 60107
CITY OF INDUSTRY CA 91716-0107

## IMPORTANT INFORMATION:
### ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account

**What this means for you:**

When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc.
### Privacy Statement

**Our Commitment to You**

HSBC Bank Nevada, N.A. and HSBC Retail Credit (USA) Inc. ("HSBC"), are proud to be part of a financial services organization that has been providing superior products and services to its customers for more than a century. We greatly appreciate the trust that you and millions of other customers have placed in us, and we protect that trust by respecting your privacy even if our relationship with you ends.

This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices so you can make an informed decision about whom you allow us to share your information with in order to offer you additional products and services. Although most customers enjoy receiving offers and information about additional products and services, if you prefer that we don't share your information for marketing purposes we will respect your choice

**Types of Information We Collect**

It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (such as your name and address) and credit information (such as information related to your accounts with us and others) This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet website, we may collect certain information about your Internet usage. Gathering this information helps us to identify our customers and manage our customer relationships It also assists us in the development of products and services to meet the continuing needs of our customers.

**We Respect Your Privacy**

Since some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access. Because HSBC respects your privacy and values your trust, the only employees or companies who can access your non-public personal information are those who use it to service your account or provide services to you or to us. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your non-public personal information and to assist us in preventing unauthorized access to that information

**How We Share Information with Our Affiliates***

From time to time, for general business purposes such as fraud control, or when we think it may benefit you, we share certain information with other companies within our corporate family (i e , Affiliates) These companies all provide financial services such as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples include companies doing business under the names HFC®, Beneficial, or HSBC. We may also share certain information with non-financial service providers that become our Affiliates in the future (such as travel, auto and shopping clubs). The information we share might come from your application, such as your name, address, telephone number, social security number, and e-mail address Also, the information we share could include your transactions with us or our Affiliates (such as your account balance, payment history, and parties to the transaction), your Internet usage, or credit card usage Except for Vermont residents, the information we share with our Affiliates may also include your assets, income or credit reports which we collect from the sources described above. With this information, our Affiliates can determine if the products they specialize in, such as mortgages, automobile loans and insurance, may be of benefit to you

**How We Share Information with Your Merchant/Dealer**

We may share non-public personal information with the merchant or dealer in whose name your credit card is issued which the merchant or dealer may use to market you for products and services unrelated to your account with us. The information we provide them may come from your application and might include your name, address, and telephone number. You may tell us not to share such information with the merchant or dealer for purposes unrelated to your account with us by calling the phone number listed below For Vermont residents, Vermont

law requires us to obtain your permission to share information about you in thi way; and we have chosen not to share your information in this way

**How We Share Information Outside the HSBC Family (Other than You Merchant/Dealer)**

Except for California and Vermont residents, we may also share information with companies outside our corporate family (i.e., non-Affiliates) that are able to exten special offers we feel might be of value to you. These companies may be financia services providers (such as mortgage bankers or insurance product providers) o they may be non-financial companies (such as retailers or marketing companies) These offers are typically for products and services that you might not otherwis hear about The information we may provide them comes from the source described above and might include your name, address and phone number Fo California and Vermont residents, applicable law requires us to obtain you permission in order to share your information in this way, and we have chosen no to share your information in this way

We may also provide information to non-Affiliates that perform operational service related to your account or marketing services for us. Sharing information with thes types of companies is permitted by law. Such a company might include a financia company (such as a mortgage banker or insurance service provider) with whom w have a joint marketing agreement or a non-financial company (such as a dat processor or Internet service provider) with whom we have a service agreement The information we may share also comes from the sources described above an might include your name, address, phone number and account experience with us Finally, we provide information about you to non-Affiliates such as credit reportin agencies and companies which provide services related to your account. Thi information sharing is also permitted by law

**Privacy and Security on the Internet**

Our website offers you the opportunity to view your current account information and make payments online, in addition to providing general information about ou company and products. You may view our Privacy Statement when you visit ou website by clicking on the "Privacy Statement" link

We reserve the right to change our privacy practices at any time in accordance wit applicable law. Notice of such changes will be provided if required by applicable law

**How to Request That Your Information Not Be Shared**

**Information Sharing With Our Affiliates***

If you do not want us to share your credit information (such as your credit bureau information) with our Affiliates, please let us know by simply calling us at 1-800 365-3804. We will be happy to comply with your request. Your request will no apply to information about your transactions or experience with us (such a account information, account usage, or payment history) and will only apply to th private label accounts you have with HSBC Bank Nevada, N.A. and HSBC Retai Credit (USA) Inc Private label accounts are not general purpose accounts such a MasterCard® or Visa®, but are accounts that may be used only at the specifi merchant or merchants named on the credit card or account. An opt-out reques by any party on a joint account will apply to all parties on the joint account Vermont residents are automatically opted out from credit information sharing with our affiliates

**Information Sharing with Merchant/Dealer**

If you do not want us to share your non-public personal information with th merchant/dealer (unless we are permitted or required by law to do so), you will als need to let us know by simply calling us at 1-800-365-3804. We will be happy t comply with your request. Please understand that your request may exclude yo from receiving valuable offers in the future Your request will only apply to th private label accounts you have with HSBC Bank Nevada, N.A. and HSBC Retai Credit (USA) Inc. An opt-out request by any party on a joint account will apply to a parties on the joint account. Opt-out requests will not apply to information sharin that is permitted by law. Vermont residents are automatically opted out fro information sharing with the merchant/dealer that is not otherwise permitted o required by law

**Information Sharing with Non-Affiliates (Other than Your Merchant/Dealer)**

If you do not want us to share your non-public personal information with non Affiliates (unless we are permitted or required by law to do so), you will also nee to let us know by simply calling us at 1-800-365-3804. We will be happy to compl with your request Please understand that your request may exclude you fro receiving valuable offers in the future. Your request will only apply to the privat label accounts you have with HSBC Bank Nevada, N.A. and HSBC Retail Cred (USA) Inc. An opt-out request by any party on a joint account will apply to all partie on the joint account. Opt-out requests will not apply to information sharing that i permitted by law. California and Vermont residents are automatically opted ou from information sharing with non-affiliates

How to Be Removed from Solicitation Lists of Companies Participating in the Direct Marketing Association (DMA) Preference Service

If you wish to be removed from mailing solicitation lists at a national level, please send your name and address (with zip code) to the Direct Marketing Association at the following address: Mail Preference Service (DMA), P. O. Box 9008, Farmingdale, NY 11735-9008

**"Affiliates"** are companies that are related to us by common ownership or corporate control. Our Affiliates include HFC®, Beneficial®, HSBC Automotive Finance Corporation, HSBC Insurance Services, and HSBC companies such as HSBC Bank USA, and HSBC Mortgage Corporation.

| Annual Percentage Rate (APR) for Purchases | The Standard Rate is **17.9%**. |
| Other APRs | Default Rate: 21.9%.† |
| Grace Period for Repayment of Balance for Purchases | No finance charges are assessed on new purchases if the balance is paid in full each month within 25 days after the billing date. |
| Method of Computing the Balance for Purchases | Two Cycle Average Daily Balance (Including new purchases) |
| Annual Fees | NONE |
| Minimum Finance Charge | $1.00 |
| Transaction Fee for Purchases | NONE |

Late payment fee: $10 for a combined account balance of $100 or less; $29 for a combined account balance from $100.01 to $1,000; $35 for a combined account balance of $1,000.01 or more.
Overlimit fee: $0

If you fail to make two consecutive Total Minimum Payments Due and are 30 days past due, you will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Default Rate.

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under sc 766.588 Wis. Stats., or a Statutory Terminable Individual Property Classification Agreement under 766.70) adversely affects the interest of the creditor unless the creditor, prior to the time e credit is granted, is furnished a copy of the agreement, statement or decree or has actual owledge of the adverse provision when the obligation to the creditor is incurred.

**NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that uld they fail to fulfill the terms of their credit obligation, a negative report reflecting on their dit record may be submitted to a credit reporting agency. If you are married, you may apply credit in your own name.

**NOTICE FOR FLORIDA RESIDENTS:** You (borrower) agree that, should we obtain a gment against you, a portion of your disposable earnings may be attached or nished (paid to us by your employer), as provided by Florida and Federal law.

**NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your lication for credit. You may ask whether a consumer report was obtained by us and we will ou the name and address of the consumer reporting agency, if a report was obtained.

**NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in ection with this application or in connection with updates, renewals or extensions of any t granted as a result of this application. Upon your request, you will be informed whether or uch a report was requested and, if so, the name and address of the agency that furnished

the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-522-3330.

**NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

**IMPORTANT TERMS OF YOUR CREDIT CARD ACCOUNT**

**1. GENERAL:** Each person signing and submitting, or electronically or telephonically submitting the application for a credit card account ("Account") as applicant or joint applicant applies for an Account with HSBC Bank Nevada, N.A., a national banking association, and requests one or more credit card(s) bearing the name or tradename of Polaris® StarCard to be used in connection with the Account. The word "Card" means any credit card(s) issued to you or an authorized user of your Account. In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on the credit card application and the words "we", "us" and "our" refer to HSBC Bank Nevada, N.A. located at 1111 Town Center Drive, Las Vegas, Nevada 89144.

If your application is approved, "applicant" will be referred to as "primary cardholder" and "joint applicant" will be referred to as "secondary cardholder" for purposes of this agreement.

If we accept your application to open an Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants which honor the Card.

**2. FINANCE CHARGES:** (a) Finance Charges, which are part of the interest on your Account, are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Finance Charge for the billing cycle is the sum of the Finance Charges for each Credit Plan, subject to the minimum Finance Charge under Section 3.

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle ("Current Cycle") on:

(i) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle;

(ii) any balance on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle and the combined New Balance of those Credit Plans at the beginning of the previous billing cycle ("Previous Cycle") is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Previous Cycle;

(iii) a purchase on a Waived Finance Charge Credit Plan for the specified promotional period;

(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotional due date

(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan in the Current Cycle, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and (if applicable) the previous billing cycle ("Previous Cycle"): (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for the Previous Cycle times the Daily Balances of any new purchases on the Credit Plan during the Previous Cycle on which Finance Charges were not imposed during the Previous Cycle

(d) If a Finance Charge is imposed on a Same As Cash Credit Plan, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase until the Current Cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle

6022-POLARIS-US-09 (8-05)

You may contact, obtain the arbitration rules of, or file a Claim with AAA or NAF, as follows:

American Arbitration Association
335 Madison Avenue
New York, NY 10017
www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
www.arb-forum.org

As used in this arbitration provision, the term "we", "us", and "our" shall mean HSBC Bank Nevada, N.A., its parents, subsidiaries, affiliates, predecessors, successors, assigns, and each of their officers, directors, and employees

**7. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other cardmembers

**The information about the costs of the Card described in this application and Important Terms of Your Credit Card Account is accurate as of August, 2005. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.**

## YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act

**Notify Us In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill  Write to us as soon as possible  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared  You can telephone us, but doing so will not preserve your rights

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then  Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent  We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit  You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question  If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount  If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount  In either case, we will send you a statement of the amount you owe and the date that it is due

If you fail to pay the amount that we think you owe, we may report you as delinquent  However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill  And, we must tell you the name of anyone we reported you to  We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services  There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50  These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

## TAP® The Account Protector
### Summary

**IMPORTANT INFORMATION:** The TAP feature only applies to the primary cardholder (herein referred to as "You" and "Your")  Your purchase of TAP is optional, and whether or not You enroll will not affect Your application for credit or the terms of any existing agreement You have with HSBC Bank Nevada, N.A. (herein referred to as "We" or "Us")  TAP is sold by Us and the fees will be billed to Your credit card account  Upon acceptance of Your enrollment, You will receive Your Contract Provisions which will state the terms and conditions of TAP  TAP is a debt cancellation product and is not insurance  The Contract Provisions of TAP are an optional addendum to Your Cardholder Agreement  This document is only a summary of the TAP feature  Please read Your Contract Provisions carefully for

details of Your protection  There are eligibility requirements, conditions and exclusions that could result in no benefits  You can find a complete explanation of the eligibility requirements, conditions and exclusions throughout Your TAP Contract.

TAP is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada

**TOTAL DISABILITY:** Following 30 consecutive days of Total Disability, You are eligible for a cancellation of part of Your account's balance  Each month, TAP will cancel an amount equal to the greater of (a) the minimum monthly payment required on Your account (less any past due amounts) as determined on the first day of the billing cycle in which Your Total Disability began; or (b) 3% of Your account balance on the date Your Total Disability began, but not in excess of the maximum monthly benefit of $300  In no instance, however, will Your cancellation amount exceed $10,000  You must have been employed full-time (but not self-employed or working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date Total Disability began  If Total Disability occurs within 180 days of the date You either (1) elect TAP or (2) make a purchase or advance on Your account and Your Total Disability results from a preexisting medical condition as defined in the Contract Provisions, You may not receive a cancellation of debt for that Total Disability

**INVOLUNTARY UNEMPLOYMENT:** Following 30 consecutive days of Involuntary Unemployment, You are eligible for a cancellation of part of Your account's balance  Each month, TAP will cancel an amount equal to the greater of (a) the minimum monthly payment required on Your account (less any past due amounts) as determined on the first day of the billing cycle in which Your Involuntary Unemployment began; or (b) 3% of Your account balance on the date Your Involuntary Unemployment began, but not in excess of the maximum monthly benefit of $300  There is a maximum number of 6 continuous monthly cancellations  You must have been employed full-time (but not self-employed or working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date of Involuntary Unemployment (this includes loss of employment due to unionized labor disputes, strikes, lock-outs and temporary lay-offs)

**LOSS OF LIFE:** If You die, TAP will cancel the balance on Your account on the date of death, up to $10,000  Suicide is not a qualifying event.

**TERMINATION:** You may terminate Your TAP feature at any time  If You choose to terminate Your TAP feature within 30 days of enrollment, We will reimburse Your TAP fee  We may terminate Your TAP feature, for any reason, by giving You written notice at least 30 days in advance of termination  We will automatically terminate Your TAP feature on the earliest of (a) the first date Your account becomes 2 billing cycles past due; or b) the first date we become aware of a misrepresentation of information by You  However, effective with Your first billing cycle after December 6, 2005, if Your account becomes 3 billing cycles past due, Your participation in TAP will be suspended  Your participation will be reinstated effective when Your account again becomes less than 3 billing cycles past due  You will not be protected for any qualifying event that begins or occurs during the time that Your participation in TAP is suspended.

**COST:** The monthly charge rate for the TAP feature is $0.38 per $100 of Your average daily balance each month (including any deferred balance)  We reserve the right to increase the rate in which case You will be notified in writing at least 30 days in advance of the increase.

**ADDITIONAL IMPORTANT INFORMATION:**

- We reserve the right to modify these Contract Provisions, but if the modification is not favorable to You or if there is an additional charge, We will first provide You with notice of the proposed change and an opportunity to terminate this program without penalty before the change takes effect.
- TAP is only offered as a package and its components are not available separately
- You may be subject to federal, state and local taxes on the amount of Your cancelled balance  Please consult Your tax advisor for guidance on the tax implications, if any, of TAP.
- During the qualification period and the time it takes to process Your cancellation, Your account balance is not suspended or cancelled  You remain responsible for finance charges and minimum payment requirements on Your account until the balance is paid off or a cancellation takes place  Once Your cancellation is processed, Your account will not accept any authorizations for purchases, cash advances, or any other transactions  Your account will remain inactive until Your benefit period ends.
- There is no limit on the overall number of TAP cancellations You may have  However, there is a limit on consecutive monthly cancellations for Involuntary Unemployment as described above  When you return to work following a qualifying event, You must have been working full time for at least 180 days and meet all contractual qualifications in order to qualify to receive a cancellation for a subsequent qualifying event, unless the subsequent qualifying event results from an entirely different cause, in which case the 180 day period does not apply

DC-14-15

REV080305

Ed 07/01/05

(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, adding any new purchases made on the Credit Plan that day and subtracting any payments or credits applied to the Credit Plan that day. For purposes of determining the Daily Balance of the Previous Cycle, the only purchases considered are new purchases on which Finance Charges were not imposed in the Previous Cycle. The previous day's Finance Charges and credit insurance premiums or debt cancellation fees (if applicable) are included in the Daily Balance of a Credit Plan, except that for any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period Late fees, overlimit fees, returned check fees and other fees on the Account are added to the Daily Balance of a Credit Plan when imposed If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction occurred prior to the beginning of the billing cycle, the amount of the transaction plus related Finance Charges outstanding on each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts

(f) The Daily Periodic Rate for the Standard Rate will be .04904% (corresponding 17.9% Annual Percentage Rate). The Daily Periodic Rate for the Default Rate will be .06000% (corresponding 21.9% Annual Percentage Rate) You qualify for the Standard Rate until you have failed to make two consecutive Total Minimum Payments Due and are 30 days past due

3.  MINIMUM FINANCE CHARGE: A minimum Finance Charge of $1 00 will be assessed for each billing cycle in which a Finance Charge is payable

4.  FEES: We may impose on your Account the following fees, which will be added to your Account when assessed:

a)  Late Payment Fee: Your Late Payment Fee will be based on your combined account balance (less any Delayed Monthly Payment credit plan balances) at the time of your payment due date  If you fail to pay us the Total Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $10 for a combined account balance of $100 and below; $29 for a combined account balance of $100.01 to $1,000; and $35 for a combined account balance of $1,000.01 and over.

b)  Returned Check Fee: You agree to pay $25 each time any payment/check on your Account is returned unpaid by your bank or other financial institution for any reason.

c)  Document and Research Fees: If you ask us to provide you with a replica of your sales slip, billing statement or other document (except in connection with a billing error claimed in accordance with "Your Billing Rights"), we may charge you the following fees: (i) Billing statement: $5 per statement (ii) Sales/credit slip: $5 per transaction; (iii) Payment instrument: $5 per payment; and, (iv) Research fee: $15 per hour. Payment Histories: You will be charged the applicable research fee in addition to the following itemization fees. For requests involving statement activity within the last 12 months - $7.50; activity within the last 13-48 months - $11.25; and activity within the last 49-72 months - $22.50  We reserve the right to change the Document and Research Fee Schedule from time to time  You may call Customer Service for a current fee schedule.

d)  Reissued Card Fee: You may be charged $5 each time you request that your credit card be reissued.

e)  Direct Check Fee: In the event that you pay your account with a direct check, you agree to pay up to a $15 fee for each direct check. We reserve the right to change the Direct Check Fee from time to time You may call Customer Service for a current fee schedule.

f)  Overlimit Fee: In the event you exceed your credit limit, you will be charged an Overlimit Fee of $0

g)  Collection Costs: If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law

5. SECURITY: Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card  Each good purchased on your Account will secure the entire Account balance until such good is paid in full  For purposes of determining which goods are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Finance Charges, and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time  We may require you to make them available at a convenient place of our choice  We waive any security interest in your home if the goods are installed and in any goods purchased with credit card checks. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the

original purchase price is less than $700 if you live in Maryland  If we repossess any good purchased with your Card, we may charge you our repossession costs including, but not limit to, necessary repairs, storage fees and costs of sale, when and as permitted by law

6. ARBITRATION: Any claim, dispute, or controversy between you and us (whether based up contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whet pre-existing, present or future), including initial claims, counter-claims, cross-claims and th party claims, arising from or relating to this Agreement or the relationships which result from t Agreement, and except as provided below, the validity, enforceability, or scope of this arbitrat provision, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the electi of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rul or procedures of the arbitration administrator selected at the time the Claim is filed  The pa initiating the arbitration proceeding shall have the right to select one of the following arbitrati administrators ("the Administrator"): the American Arbitration Association ("AAA") or the Natior Arbitration Forum ("NAF")  The arbitrator shall be a lawyer with more than ten years experien or a retired or former judge  We agree not to invoke our right to arbitrate an individual Claim y may bring in small claims court or an equivalent court, if any, so long as the Claim is pendi only in that court  The rules and forms of the AAA and the NAF may be obtained by writing these organizations at the addresses listed below. Our address for service of process under th provision is HSBC Bank Nevada. N.A., P.O Box 279, Mount Prospect, IL 60056

Any participatory arbitration hearing that you attend will take place in the city nearest to yo residence where a federal district court is located or at such other location as agreed by th parties  On any Claim you file, you will pay the first $50 of the filing fee. At your request we w pay the remainder of the filing fee and any administrative or hearing fees charged by th Administrator on any Claim submitted by you in arbitration up to a maximum of $1,500  If yc are required to pay any additional fees to the Administrator, we will consider a request by you pay all or part of the additional fees; however, we shall not be obligated to pay any addition fees unless the arbitrator grants you an award  If the arbitrator grants an award in your favor, v will reimburse you for any additional fees paid or owed by you to the Administrator up to t amount of the fees that would have been charged if the original Claim had been for the amou of the actual award in your favor. The parties shall bear the expense of their respective attorney fees, except as otherwise provided by law  If a statute gives you the right to recover any of thes fees, or the fees paid to the Administrator, these statutory rights shall apply in the arbitratic notwithstanding anything to the contrary contained herein  If the arbitrator issues an award our favor you will not be required to reimburse us for any fees we have previously paid to th Administrator or for which we are responsible

This arbitration agreement is made pursuant to a transaction involving interstate commerce, ar shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA")  TI arbitrator shall apply applicable substantive law consistent with the FAA and, if requested t either party, provide written reasoned findings of fact and conclusions of law  Judgment upc the award may be entered in any court having jurisdiction  The arbitrator's award will be fin and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involvir more than $100,000  For such Claims, any party may appeal the award to a three arbitrate panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) ar aspect or all aspects of the initial award that is appealed  The panel's decision will be final ar binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator ar the arbitrators), regardless of its outcome  However, we will consider in good faith ar reasonable request for us to bear up to the full costs of the appeal.

This arbitration agreement shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. If any portion of this arbitration agreement is deemed invali or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this arbitration agreement or the Agreement  In the event of a conflict c inconsistency between the rules and procedures of the Administrator and this arbitratio agreement, this arbitration agreement shall govern  Notwithstanding any language in thi arbitration provision to the contrary, no arbitration may be administered, without the consent o all parties to the arbitration, by any organization that has in place a formal or informal policy tha is inconsistent with and purports to override the terms of this arbitration provision, including th Class Action Waiver Provision defined below

No class actions or private attorney general actions in court or in arbitration or joinder c consolidation of any claims in Court or in arbitration with other persons, are permitted withou the written consent of you and us. The validity and effect of the preceding sentence (herel referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court an not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall hav the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, an any attempt to do so, whether by rule, policy arbitration decision or otherwise, shall be invali and unenforceable.

THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT I EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY ANI VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORI A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.

6022-POLARIS-US-09 (8-05)

Gina M. Corena, Esq.
Nevada Bar No. 10330
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: gcorena@mileslegal.com
File No. 11-90501

Attorneys for Secured Creditor,
HSBC BANK NEVADA, N.A.

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TIMOTHY UTE PERKINS AND<br>KATHLEEN DAVENPORT PERKINS,<br><br><br>Debtor(s) | Case No.: BK-S-10-33436-BAM<br>Chapter 13 |
| HSBC BANK NEVADA, N.A.,<br><br>Secured Creditor,<br><br>vs<br><br>TIMOTHY UTE PERKINS AND<br>KATHLEEN DAVENPORT PERKINS,<br>Debtor(s), RICK A. YARNALL, Trustee,<br><br>Respondent(s) | **ORDER TERMINATING THE<br>AUTOMATIC STAY**<br><br>Date:   August 23, 2011<br>Time:   1:30 p.m. |

1

1      The Motion for Relief having been properly served, with no opposition filed herein, the

2   Court makes its Order as follows:

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

4   the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor

5   of Secured Creditor, HSBC BANK NEVADA, N.A., as it pertains to the following described

6   collateral: 2006 Polaris Sportsman VIN#: 4XAMN50A86A905654 and 2006 Polaris Sportsman

7   VIN#: 4XAMN50A46A900502.

8      IT IS SO ORDERED.

9   Submitted by:

10

11  DATED:_____        By:_____
                                     Gina M. Corena, Esq.
12                                   Attorney for Secured Creditor
                                     HSBC BANK NEVADA, N.A.
13
    APPROVED/DISAPPROVED
14

15  DATED:_____        _____
                                     PHILIP K. GOLDSTEIN
16                                   Attorney for Debtor

17
    APPROVED/DISAPPROVED
18

19  DATED:_____        _____
                                     RICK A. YARNALL
20                                   Chapter 13 Trustee

21  **(11-90501/nvots.dot/fam)**

22

23

24

2

1    **ALTERNATIVE METHOD re: RULE 9021**:

2    In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3    

4    _____ The court has waived the requirement set forth in LR 9021(b)(1).

5    __X__ No party appeared at the hearing or filed an objection to the motion.

6    _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

7    

8    

9    __X__ I certify that this is a Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

10    

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Rick A. Yarnall<br>701 Bridger Avenue, #820<br>Las Vegas, NV  89101 | | | |
| ATTORNEY FOR DEBTOR:<br>Philip K. Goldstein<br>609 S. 7th St.<br>Las Vegas, NV 89101 | | | |

17    I declare under penalty of perjury under the laws of the State of Nevada that the

18    foregoing is true and correct.

19    

20    _____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

21    

22    

23    

24    

3